FORM 1

*FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT*
*— UNDER THE CIVIL ACT, 42 U.S.C. § 1983*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Justin Morrow ID #405-145
D.O.B. 10/20/1987
Jessup Pre Release Unit, MCPRS          Petitioner/
                                         Plaintiff,
P.O. Box 700, Jessup, MD 20794
(Enter the full name, address,          In Proper Person
date of birth, and institution
number of the plaintiff(s) in
this action) —

FILED   ENTERED
LOGGED   RECEIVED

APR 08 13

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY          DEPUTY

BCCC LIBRARY

BCCC LIBRARY

v.                         CIVIL ACTION NO. Please Assign

Warden Betty Johnson, MCPRS

7931 Brockbridge Road, Admin-Offices

Jessup, MD    20794


(Enter the full name and address
of the defendant(s) in this action)


I. Previous Lawsuits:

A.    Have you begun other actions in state or federal court
      dealing with the same facts involved in this action or
      otherwise relating to your imprisonment?

                   YES [ ]    NO [✓]

B.    If your answer to A. is yes, describe that action in
      spaces below. (If there is more than one lawsuit,
      describe the additional lawsuits on the reverse side
      of this page.)

1.    Parties to the previous action:

      Plaintiff  Filed ARP-MCPRS-1049-12

          In Proper Person

      Defendant(s)  Warden Betty Johnson, MCPRS

          DPSCS, (Maryland Central Pre-Release System)

2. Court (if a federal court, name the district; if a state court, name the city or county) _Not Assigned_

3. Docket Number _Not Previously Assigned_

4. Name of Judge to whom the case was assigned _Not Assigned_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Request herein for Initial Assignment_

6. Approximate date of filing the lawsuit _None Review_

7. Approximate date of the disposition _None_

II. Place of present confinement _Jessup Pre Release Unit C/o 7931 Brockbridge Rd. (Admin Offices) Jessup MD 20794_
Prior Institutional Identification Numbers _405-145_

A. Is there a state prison grievance procedure in this institution?   YES [✓]   NO [ ]

1. If your answer is YES:

a) Did you file a grievance regarding your complaint, proceeding under the Administrative Remedy Procedure which is set forth under DCR 185-2?

YES [✓]   NO [ ]

b) If you answered YES, what steps did you take and what was the result? _I sought Continued Medical Treatment, For Intense Stomach Area & Scrotal Pain._

c) If you answered NO, explain why you did not file.
_I promptly filed._

BCCC LIBRARY

B.  If there is no prison grievance procedure in the institution, did you complain to the prison authorities?

YES [✓]  NO [ ]

1.  If you answered YES:

a)  What steps did you take: _Sought further_ _care after A doctor at Bon Secor Hospital on 3/4/2013 told me I have a treatable Hernia_

*BCCC LIBRARY*

b)  What was the result? _I was discharged by a nurse without further treatment -_

III.  Statement of the Claim
(State briefly the facts of your case.  Include dates, times and places.  Describe how each defendant is involved.  Also include the names of other implicated persons.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach an extra sheet, if necessary, for each copy of the complaint submitted.

Supporting Facts _On December 2, 2012, I experienced a painful (ongoing, intense pain) tearing in my stomach while using makeshift, rewelded weights at the Brockbridge Corr. Facility (Yard). I reported immediately to Medical; I saw a doctor who, upon exam, told me (Bon Secor Hospital) that I have a Reducable Hernia. The defendant will not give me a copy of report of medical, and I need treatment -_

IV.  Relief
(State briefly exactly what you want the court to do for you.  Make no legal arguments or cite any cases or statutes.)

_I seek Immediate Injunction to go to the University of Maryland Medical Center, to receive further exam and operation, if doctor orders -_

SIGNED THIS 23rd day of March, 2013.

_Just L. Morrow_
Original Signature of Plaintiff

If you wish to proceed in forma pauperis, complete FORM 2

PAGE 3

After you file the complaint, no communication should be directed to the Judge about the case. Pleadings should be filed with the Clerk, and a copy should be mailed to all other parties, or to counsel if they are represented. It is important for you to include the following certificate on the pleadings:

I HEREBY CERTIFY, that on this _23rd_ day of _Complaint §1983_

_March_ , 19 _13_, a copy of this _(name of the_

_document)_ was mailed, postage prepaid, to _(the names and_

_addresses of the parties)_. _Filed to Attorney Generals' Office,_
_115 Sudbrook Lane, Ste. A. Sudbrook Station, Pikesville_
_MD_.

_Justin L Morrow_
Your Name
_Plaintiff, Proper Person_

Please advise the Clerk of the Court of any change in your address. The failure to advise this Court of any change in your address may result in the dismissal of your case under Local Rule 102.1.b.ii.

United States District Court

BCCC LIBRARY.